**DENIED and Opinion Filed March 5, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00158-CV

## IN RE MY MODULAR, LLC, Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-03765**

# MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Whitehill

In this original proceeding, relator My Modular, LLC complains of the trial court's orders striking relator's responsible third party designations, denying relator's motion for reconsideration of the order striking the designations, striking relator's first amended answer and cross-claims, and denying relator leave to file the first amended answer and cross-claims.

To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown it is entitled to the relief requested at this time.

Accordingly, we deny relator's petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a)

(the court must deny the petition if the court determines relator is not entitled to the relief sought).


/Bill Whitehill/
BILL WHITEHILL
JUSTICE


190158F.P05